**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117470
*Attorneys for Plaintiff*

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 3 0 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Malika R. Johnson, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Northland Group, Inc. and Radius Global Solutions, LLC,

    Defendant.

Docket No: 1:19-cv-02630-ILG-RER

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: August 28, 2019

*So Ordered*
/s/ I. Leo Glasser, USDJ
/ USDJ
8/30/19

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 117470
*Attorneys for Plaintiff*

